United States District Court
Southern District of Texas

**ENTERED**

September 18, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CESAR  RAMOS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1186 |
| | § | |
| CONNS' INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed on September 13, 2017 (Doc. 20) this case

is DISMISSED with prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 18th day of September, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE